IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00684-MSK

JOE I. MARTINEZ,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER RESETTING ORAL ARGUMENT

THIS MATTER is before the Court *sua sponte*.  Due to a scheduling conflict,

**IT IS ORDERED** that the Oral Argument hearing currently scheduled for **May 30, 2007 is VACATED** and **RESET to April 20, 2007 at 4:00 p.m.** in Courtroom A901, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado.

Dated this 29th day of March, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge